UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TYRONE NOEL NUNN,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PIZZA HUT,<br><br>　　　　　　　　　Defendant. | Case No. 3:23-cv-600-ART-CSD<br><br>ORDER<br><br>(ECF No. 4) |

　　　　Plaintiff Tyrone Noel Nunn filed a *pro se* civil rights suit against Pizza Hut. Plaintiff did not file a filing fee or application to proceed *in forma pauperis*. Magistrate Judge Denney issued a Report and Recommendation (R&R) instructing Plaintiff to apply to proceed *in forma pauperis* (IFP) or submit a filing fee within 30 days. (ECF No. 4.) Plaintiff did not do so, nor did Plaintiff object to the R&R. Several months later, Plaintiff submitted a one-page document to the Court entitled "IN FORMA PAUPERIS" that lists several case numbers in a caption and the citation "28 U.S.C. 1915a." (ECF No. 10.)

　　　　The Court adopts the R&R in full and dismisses the action without prejudice. The Court is not required to "review . . . any issue that is not the subject of an objection" to an R&R. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see, e.g., United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003). Plaintiff has not objected to the R&R.

　　　　The Court therefore adopts the R&R (ECF No. 4) in full and dismisses Plaintiff's complaint (ECF No.1) without prejudice.

　　　　DATED THIS 25th day of October 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE